# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ekaterina Gonchar, | No. CV-26-00516-PHX-RM (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

On January 23, 2026, Petitioner filed a Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and a Request for Emergency Relief, initiating case no. 2:26-CV-00431-PHX-RM (MTM) (D. Ariz. Jan. 23, 2026). Therein, Petitioner sought to enjoin her removal to Russia on the basis that her husband had been granted asylum, and she will become eligible for derivative asylee status following conclusion of the Department of Homeland Security's appeal of her husband's asylum grant. By Order dated January 27, 2026, the Court determined that it lacked jurisdiction over the matter, and dismissed the Petition and case.

Petitioner has now filed a functionally identical § 2241 Petition, again seeking to enjoin her removal to Russia on the basis that she may eventually be able to claim derivative asylee status. For the same reasons as those set forth in the Court's January 27, 2026 Order in 2:26-CV-00431-PHX-RM (MTM), this Court lacks jurisdiction to consider this matter.

Accordingly,

**IT IS ORDERED:**

(1) Petitioner's Application to Proceed In Forma Pauperis (Doc. 3) is **granted**.

(2) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) and this action are **dismissed without prejudice**.

(3) Petitioner's Motion for Temporary Restraining Order (Doc. 2) is **denied**.

(4) The Clerk of Court shall enter judgement accordingly and terminate this case.

Dated this 29th day of January, 2026.

_____
Honorable Rosemary Márquez
United States District Judge